### J. W. THOMPSON v. THE STATE.

PLEA.—It is an imperative statutory requirement that a defendant's plea of not guilty be entered of record, and that, in case he stands mute, a plea of not guilty shall be entered for him. The transcript, on appeal, must show that this requirement was complied with, even in a misdemeanor case, or the conviction will be set aside.

APPEAL from the County Court of Dallas. Tried below before the Hon. R. H. WEST, County Judge.

The charge was keeping a disorderly house.

*J. M. Stemmons, Hurt & Smith, W. L. Cabell,* and *Crawford & Crawford,* for the appellant.

*George McCormick,* Assistant Attorney-General, for the State.

ECTOR, P. J.   The record in this case does not show that defendant pleaded to the indictment, or that the plea of not guilty was entered for him by the court.   This has been held necessary in every criminal action, and is required by the statute.   Code Cr. Proc., arts. 473, 480 (Pasc. Dig., arts. 2942, 2947).

It is not necessary that we should notice any of the other points raised in the assignment, as, in all probability, they will not arise on another trial.   The judgment is reversed and the cause remanded.